UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BARRY CARSON,

        Plaintiff,

v.                                              Case Number 06-11878-BC
                                               Honorable Thomas L. Ludington

J&D IMPLEMENT, INC., and
JEFF MITCHELL,

        Defendants.
_____/

## ORDER OF DISMISSAL

On October 29, 2007, the Court was notified by letter that the parties had reached a settlement in this matter and have agreed to the dismissal of this action,

Accordingly, it is **ORDERED** that the case is **DISMISSED** in its entirety with prejudice and without costs. Either party may apply to reopen this matter on or before **December 3, 2007,** to enforce the settlement agreement.

                                                    s/Thomas L. Ludington
                                                    THOMAS L. LUDINGTON
                                                    United States District Judge

Dated: November 2, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 2, 2007.

                                    s/Tracy A. Jacobs
                                    TRACY A. JACOBS